IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENDRICK FELTON SHORTS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-06-265 |
| | § | |
| MR. PRICE, *et al.*, | § | |
| Defendants. | § | |

DISMISSAL ORDER

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED

without prejudice.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on March 9, 2006.


MELINDA HARMON
UNITED STATES DISTRICT JUDGE